| | |
|---|---|
| ARCHIE S. ROBINSON [SBN. 34789] | HARRISON J. FRAHN IV (SBN: 206822) |
| asr@robinsonwood.com | hfrahn@stblaw.com |
| JESSE F. RUIZ [SBN. 77984] | SERAFIMA KRIKUNOVA (SBN 288014) |
| jfr@robinsonwood.com | serafima.krikunova@stblaw.com |
| GABRIEL G. GREGG [SBN. 187333] | SIMPSON THACHER & BARTLETT LLP |
| ggg@robinsonwood.com | 2475 Hanover Street |
| ROBINSON & WOOD, INC. | Palo Alto, California 94304 |
| 227 N 1st Street | Telephone: (650) 251-5000 |
| San Jose, California 95113 | Facsimile: (650) 251-5002 |
| Telephone: (408) 298-7120 | |
| Facsimile: (408) 298-0477 | BRIAN P. McCLOSKEY (*pro hac vice*) |
| | bmccloskey@stblaw.com |
| Attorneys for Plaintiff | SIMPSON THACHER & BARTLETT LLP |
| PURPLE LEAF, LLC, a Delaware corporation | 425 Lexington Avenue |
| | New York, New York 10017 |
| | Telephone: (212) 455-2000 |
| | Facsimile: (212) 455-2502 |
| | |
| | Attorneys for Defendant |
| | ZUORA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURPLE LEAF, LLC, a Delaware corporation, | Case Number: 13-cv-04776-WHO |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING DATE OF CASE MANAGEMENT CONFERENCE** |
| vs. | |
| ZUORA, INC., a Delaware corporation, | |
| Defendant. | |

1  WHEREAS, this Court has scheduled a Case Management Conference in this action for January 28, 2014;

WHEREAS, the parties' Case Management Statement is due on January 21, 2014;

WHEREAS, the parties are engaged in settlement discussions and have determined that such discussions would benefit from additional time without the necessity of finalizing and filing a Case Management Statement;

WHEREAS, this Court's Case Management Conference Order (Dkt. 8) states that "any request to reschedule the [CMC] date should be made in writing, and by stipulation, if possible, not less than ten days before the conference date";

WHEREAS, this Stipulation and [Proposed] Order is filed eleven days before the scheduled Case Management Conference;

IT IS THEREFORE AGREED:

1. The Case Management Conference in this action, currently scheduled for January 28, shall be continued for three weeks, until February 18, 2014, at 2:00 p.m.

2. All other related dates, including the filing of the Case Management Statement, shall also be continued for three weeks.

Dated: January 17, 2014          ROBINSON & WOOD, INC.

By    /s/ *Gabriel G. Gregg*
ARCHIE S. ROBINSON [SBN. 34789]
asr@robinsonwood.com
JESSE F. RUIZ [SBN. 77984]
jfr@robinsonwood.com
GABRIEL G. GREGG [SBN. 187333]
ggg@robinsonwood.com
227 N 1st Street
San Jose, California 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Plaintiff
PURPLE LEAF, LLC, a Delaware corporation

SIMPSON THACHER & BARTLETT LLP

By   /s/ *Harrison J. Frahn IV*
HARRISON J. FRAHN IV (SBN: 206822)
hfrahn@stblaw.com
SERAFIMA KRIKUNOVA (SBN 288014)
serafima.krikunova@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California  94304
Telephone: (650) 251-5000
Facsimile:  (650) 251-5002

BRIAN P. McCLOSKEY (*pro hac vice*)
bmccloskey@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Attorneys for Defendant
ZUORA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:  January 22 , 2014

_____
HON. WILLIAM H. ORRICK
United States District Judge