| | |
|---|---|
| ARCHIE S. ROBINSON [SBN. 34789] | HARRISON J. FRAHN IV (SBN: 206822) |
| asr@robinsonwood.com | hfrahn@stblaw.com |
| JESSE F. RUIZ [SBN. 77984] | SERAFIMA KRIKUNOVA (SBN 288014) |
| jfr@robinsonwood.com | serafima.krikunova@stblaw.com |
| GABRIEL G. GREGG [SBN. 187333] | SIMPSON THACHER & BARTLETT LLP |
| ggg@robinsonwood.com | 2475 Hanover Street |
| ROBINSON & WOOD, INC. | Palo Alto, California 94304 |
| 227 N 1st Street | Telephone: (650) 251-5000 |
| San Jose, California 95113 | Facsimile: (650) 251-5002 |
| Telephone: (408) 298-7120 | |
| Facsimile: (408) 298-0477 | BRIAN P. McCLOSKEY (*pro hac vice*) |
| | bmccloskey@stblaw.com |
| Attorneys for Plaintiff | SIMPSON THACHER & BARTLETT LLP |
| PURPLE LEAF, LLC, a Delaware corporation | 425 Lexington Avenue |
| | New York, New York 10017 |
| | Telephone: (212) 455-2000 |
| | Facsimile: (212) 455-2502 |
| | |
| | Attorneys for Defendant |
| | ZUORA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURPLE LEAF, LLC, a Delaware corporation, | Case Number: 13-cv-04776-WHO |
| | |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING DATE OF CASE MANAGEMENT CONFERENCE** |
| vs. | |
| ZUORA, INC., a Delaware corporation, | |
| Defendant. | |

STIPULATION AND ORDER CONTINUING DATE OF CASE        Case No. 13-cv-04776-WHO
MANAGEMENT CONFERENCE

1  WHEREAS, by previous stipulation and order, this Court has scheduled a Case
2  Management Conference in this action for February 18, 2014;

3
4  WHEREAS, the parties' Case Management Statement is due on February 11, 2014;

5  WHEREAS, the parties are engaged in settlement discussions and have determined that
6  such discussions would benefit from additional time without the necessity of finalizing and filing
7  a Case Management Statement;

8  WHEREAS, this Court's Case Management Conference Order (Dkt. 8) states that "any
9  request to reschedule the [CMC] date should be made in writing, and by stipulation, if possible,
10 not less than ten days before the conference date";

11 WHEREAS, this Stipulation and [Proposed] Order is filed eleven days before the
12 scheduled Case Management Conference;

13         IT IS THEREFORE AGREED:

14 1.      The Case Management Conference in this action, currently scheduled for February
15 18, shall be continued for seven weeks, until April 8, 2014, at 2:00 p.m.

16 2.      All other related dates, including the filing of the Case Management Statement,
17 shall also be continued for seven weeks.

18 Dated: February 7, 2014              SIMPSON THACHER & BARTLETT LLP

19                                      By    /s/ Harrison J. Frahn
                                           HARRISON J. FRAHN IV (SBN: 206822)
20                                         hfrahn@stblaw.com
                                           SERAFIMA KRIKUNOVA (SBN 288014)
21                                         serafima.krikunova@stblaw.com
                                           SIMPSON THACHER & BARTLETT LLP
22                                         2475 Hanover Street
                                           Palo Alto, California  94304
23                                         Telephone: (650) 251-5000
                                           Facsimile:  (650) 251-5002
24

25                                         BRIAN P. McCLOSKEY (*pro hac vice*)
                                           bmccloskey@stblaw.com
26                                         SIMPSON THACHER & BARTLETT LLP
                                           425 Lexington Avenue
27                                         New York, New York  10017
                                           Telephone: (212) 455-2000
28

Facsimile: (212) 455-2502

Attorneys for Defendant
ZUORA, INC.

ROBINSON & WOOD, INC.

By ___/s/ Gabriel G. Gregg_____
ARCHIE S. ROBINSON [SBN. 34789]
asr@robinsonwood.com
JESSE F. RUIZ [SBN. 77984]
jfr@robinsonwood.com
GABRIEL G. GREGG [SBN. 187333]
ggg@robinsonwood.com
227 N 1st Street
San Jose, California 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Plaintiff
PURPLE LEAF, LLC, a Delaware corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: February 10, 2014

_____
HON. WILLIAM H. ORRICK
United States District Judge

**ATTESTATION OF CONCURRENCE IN FILING**

I, Harrison J. Frahn, hereby attest in accordance with Local Rule 5-1(i)(3), that Gabriel G. Gregg (counsel for Plaintiff PURPLE LEAF, LLC), provided his concurrence with the electronic filing of the foregoing document entitled STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF CASE MANAGEMENT CONFERENCE.

Dated: February 7, 2014

SIMPSON THACHER & BARTLETT LLP

By   /s/ Harrison J. Frahn
     HARRISON J. FRAHN IV (SBN: 206822)