| | |
|---|---|
| ARCHIE S. ROBINSON [SBN. 34789] | HARRISON J. FRAHN IV (SBN: 206822) |
| asr@robinsonwood.com | hfrahn@stblaw.com |
| JESSE F. RUIZ [SBN. 77984] | SERAFIMA KRIKUNOVA (SBN 288014) |
| jfr@robinsonwood.com | serafima.krikunova@stblaw.com |
| GABRIEL G. GREGG [SBN. 187333] | SIMPSON THACHER & BARTLETT LLP |
| ggg@robinsonwood.com | 2475 Hanover Street |
| ROBINSON & WOOD, INC. | Palo Alto, California 94304 |
| 227 N 1st Street | Telephone: (650) 251-5000 |
| San Jose, California 95113 | Facsimile:  (650) 251-5002 |
| Telephone: (408) 298-7120 | |
| Facsimile: (408) 298-0477 | BRIAN P. McCLOSKEY (*pro hac vice*) |
| | bmccloskey@stblaw.com |
| Attorneys for Plaintiff | SIMPSON THACHER & BARTLETT LLP |
| PURPLE LEAF, LLC, a Delaware corporation | 425 Lexington Avenue |
| | New York, New York  10017 |
| | Telephone: (212) 455-2000 |
| | Facsimile: (212) 455-2502 |
| | |
| | Attorneys for Defendant |
| | ZUORA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURPLE LEAF, LLC, a Delaware corporation, | Case Number: 13-cv-04776-WHO |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING DATE OF CASE MANAGEMENT CONFERENCE** |
| vs. | |
| ZUORA, INC., a Delaware corporation, | |
| Defendant. | |

1   WHEREAS, by previous stipulation and order, this Court has scheduled a Case
Management Conference in this action for April 8, 2014;

WHEREAS, the parties' Case Management Statement is due on April 1, 2014;

WHEREAS, the parties continue to engage in settlement discussions and have determined that such discussions would benefit from additional time without the necessity of finalizing and filing a Case Management Statement;

WHEREAS, this Court's Case Management Conference Order (Dkt. 8) states that "any request to reschedule the [CMC] date should be made in writing, and by stipulation, if possible, not less than ten days before the conference date";

WHEREAS, this Stipulation and [Proposed] Order is filed 15 days before the scheduled Case Management Conference;

IT IS THEREFORE AGREED:

1. The Case Management Conference in this action, currently scheduled for April 8, shall be continued for fourteen days, until April 22, 2014, at 2:00 p.m.

2. All other related dates, including the filing of the Case Management Statement, shall also be continued for fourteen days.

Dated: March 24, 2014                SIMPSON THACHER & BARTLETT LLP

By /S/ Harrison J. Frahn IV
HARRISON J. FRAHN IV (SBN: 206822)
hfrahn@stblaw.com
SERAFIMA KRIKUNOVA (SBN 288014)
serafima.krikunova@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California  94304
Telephone: (650) 251-5000
Facsimile:  (650) 251-5002

BRIAN P. McCLOSKEY (*pro hac vice*)
bmccloskey@stblaw.com

| | |
|---|---|
| 1 | SIMPSON THACHER & BARTLETT LLP |
| 2 | 425 Lexington Avenue |
|   | New York, New York  10017 |
| 3 | Telephone: (212) 455-2000 |
|   | Facsimile: (212) 455-2502 |
| 4 | |
| 5 | Attorneys for Defendant |
|   | ZUORA, INC. |
| 6 | ROBINSON & WOOD, INC. |
| 7 | By /S/ Archie S. Robinson |
|   | ARCHIE S. ROBINSON [SBN. 34789] |
| 8 | asr@robinsonwood.com |
| 9 | JESSE F. RUIZ [SBN. 77984] |
|   | jfr@robinsonwood.com |
| 10 | GABRIEL G. GREGG [SBN. 187333] |
|    | ggg@robinsonwood.com |
| 11 | 227 N 1st Street |
|    | San Jose, California 95113 |
| 12 | Telephone: (408) 298-7120 |
| 13 | Facsimile: (408) 298-0477 |
| 14 | Attorneys for Plaintiff |
|    | PURPLE LEAF, LLC, a Delaware corporation |
| 15 | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: March 25, 2014

_____
HON. WILLIAM H. ORRICK
United States District Judge

STIPULATION AND ORDER
CONTINUING DATE OF CASE                - 3 -                Case No. 13-cv-04776-WHO